RCVD BY EEOC: MARCH 27, 2024



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number:
563-2023-02719

| | |
|---|---|
| **Personal Information** | First Name: _Tracy_   MI: _____   Last Name: _Garlington_<br>Address: ██████████   Apt.: █<br>City: ███████   County: _MO_   State: _MO_ Zip Code: _64132_<br>Phone: ████████ Home ☐ Work ☐ Cell ☐ Email: ████████████ |
| **Who do you think discriminated against you?** | Employer ☒   Union ☐   Employment Agency ☐   Other Organization ☐<br>Organization Name: _ANDERSON & ERICKSON DAIRY_<br>Address: _2420 E University Ave_   Suite: _____<br>City: _Des Moines_   State: _IA_   Zip Code: _50317_ Phone: _515-265-2521_ |
| **Why you think you were discriminated against?** | Race ☐   Color ☐   Religion ☐   Sex ☐   National Origin ☐   Age ☐<br>Disability ☒  Genetic Information ☐   Retaliation ☒   Other ☐ (*specify*) |
| **What happened to you that you think was discriminatory?** | Date of <u>most recent job action</u> you think was discriminatory: _05/29/2023_<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).<br>(Limit 1,250 characters.) My supervisor BVA asks me to do a task that was against my restrictions on 05/28/2023. I went t the hospital to get check out and it showed that I experience several episodes of an irregular heartbeat. On June 5,2023 I was removed from the schedule. On June 9, 2023 I was allowed to use vacation time to attend my niece funeral service out of state. Upon returning on June 14,2023, I received a certified letter on June 15,2023. I responded to the letter on the June 15,2023 and did not get a response. On June 19,2023, I received a letter stating that I was terminated. I provided documentation that I was to have an ICD check on June 22,2023, to see if I can return to regular duty. I was employed at 5341 Speaker Road Kansas City, KS 66106 |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>Signature: _Tracy Garl in gton_   Date: Mar 27, 2024<br>Tracy Garlington(Mar 27, 2024 20:48 CDT) |

Exhibit A

Thursday, March 28, 2024

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Issued October 2017.

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117**,** 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL
## WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.

Exhibit A

# 563-2023-02719 - Charge of Discrimination - Kansas City Area Office

Final Audit Report                                          2024-03-28

| | |
|---|---|
| Created: | 2024-03-28 |
| By: | U.S. Equal Employment Opportunity Commission (EEOC.CHARGE-SUPPORT@EEOC.GOV) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIKGvtENX1crJ0NG9hUjb1Proly0qMaIG |

## "563-2023-02719 - Charge of Discrimination - Kansas City Area Office" History

📄 Document created by U.S. Equal Employment Opportunity Commission (EEOC.CHARGE-SUPPORT@EEOC.GOV)
2024-03-28 - 0:43:18 AM GMT

✉ Document emailed to tgarlington82@outlook.com for signature
2024-03-28 - 0:43:20 AM GMT

📄 Email viewed by tgarlington82@outlook.com
2024-03-28 - 0:43:38 AM GMT

🖊 Signer tgarlington82@outlook.com entered name at signing as Tracy Garlington
2024-03-28 - 1:48:10 AM GMT

🖊 Document e-signed by Tracy Garlington (tgarlington82@outlook.com)
Signature Date: 2024-03-28 - 1:48:12 AM GMT - Time Source: server

✅ Agreement completed.
2024-03-28 - 1:48:12 AM GMT



Powered by
**Adobe
Acrobat Sign**



EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br>**Amended Charge**<br>563-2023-02719 |

| Kansas Human Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(incl. Area Code)* | Date of Birth |
|---|---|---|
| Tracy Garlington | ▮▮▮▮▮ | ▮▮▮▮▮ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▮▮▮▮▮▮▮▮ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Anderson Erickson | 500 | (913) 621-4801 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5341 Speaker Road Kansas City, KS 66106 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| . | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 1.2.23 | 6.19.23 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See Exhibit A

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>3/28/24   Tracy Garlington<br>Date      *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

**Exhibit A**

EXHIBIT A

## Attachment to EEOC Form 5 – Tracy Garlington

I, Tracy Garlington, bring this Charge of Discrimination against Respondent, Anderson Erickson. Respondent is an employer within the meaning of the Americans with Disabilities Act as Amended, 42 U.S.C. §§ 12101 et seq. ("ADAAA"), and the Kansas Act Against Discrimination 44-1001 ("KAAD"). I was an employee of Respondent at all times relevant to this claim and am a member of a protected class pursuant to the ADAAA, the KAAD, and the anti-retaliation provisions thereof. During my illness from December 2022 to June 2023, I indicated issues related to a disability I was experiencing; however, I was denied a reasonable accommodation to perform the essential functions of my job thus, worsening my health. Furthermore, upon learning of the disability during my illness, I sought advice from the respondent regarding processes and procedures for medical leave and was ignored and sent a termination letter not shortly after. I believe I was denied reasonable accommodation, benefits, and ultimately, discharged due to a disability in violation of the aforementioned laws. The specific facts that give rise to my claims are as follows:

I began working for Respondent as an office distribution assistant, loading and unloading delivery trucks on January 12th, 2022. On December 8th, 2022, I fell ill with symptoms of irregular heart palpitations. Consequently, I was placed on a defibrillator to restore a normal heartbeat when it's irregular to both prevent me from going into cardiac arrest and restore my heart in the case that I do and was instructed to do light duty for six months. Respondent was made aware of my ill state and instead of accommodating me placed me on leave for nearly a month. My position job description was changed on January 2nd, 2023, to assistant distribution, ensuring that driver

Exhibit A

received invoices, check temperatures on trailer, train new drivers on held device and clocking in and riding with new drivers to assist them in navigating their new delivery route in the area.

On May 28th, 2023, the temperature was 84 degrees Fahrenheit in the factory where we were checking the temperature of the product. We had a truck that wasn't working and cooling the product, I informed Brian that the product was fine until we get another driver to move the product to another location. However, Brian insisted that I move the product to the best of my ability despite the heat. I reminded my supervisor, Brian, of my status but was still told to move product and no accommodation was made. The following day, May 29th, 2023, I informed my supervisor that I was not feeling well and was given permission to seek medical attention. Results from that doctor's visit concluded I had an irregular heart rate as a result of him forcing me to prove the product in the heat.

Upon learning this, Respondent expressed concerns regarding my fitness for duty because of medical and non-medical absences. Subsequently, I was mailed a fitness for duty letter on June 2nd, 2023, stating that I needed to complete a medical fitness with their doctor before I could return to work. The letter provided little to no instructions and did not provide a deadline to complete the physical. Unfortunately, I had a dear and close relative pass away on June 3rd and was given permission to use vacation time to attend the funeral out of town the following week. I attended the funeral in Louisiana from June 9th to the 13th. I retrieved the letter from the mail on June 14th. I emailed Respondent's HR director, Thomas Evans, the following day to gain clarification on if I was being instructed not to return to work until being released to do so by my doctor and passing a fitness test and if the leave was paid or unpaid. I got no response. I did not attend work the following day because I was awaiting a response from HR. The following Monday morning, June

**Exhibit A**

19th, 2023, I received a termination letter via email from Gregg Goss, Respondent's human resource manager, stating that I was terminated effective immediately.

While Respondent initially made an accommodation on paper following my first bout of illness, they did not follow through with allowing me to take and use said accommodations. Furthermore, they ignored my requests for clarification on the letter requested and falsely justified my termination. I am seeking back-pay, front-pay, emotional distress damages, attorneys' fees, punitive damages, and any other remedies deemed appropriate from the Respondent as a result of their discriminatory practices and termination that has both negatively impacted my health and daily ability to support myself and family.

Exhibit A



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Kansas City Area Office**
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/08/2024

**To:** Mr. Tracy Garlington

█████████████████

Charge No: 563-2023-02719

EEOC Representative and email:      Brian Winget
Investigator
brian.winget@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 563-2023-02719.

On behalf of the Commission,

Digitally Signed By:Natascha DeGuire
10/08/2024
Natascha DeGuire
Area Office Director

**Exhibit A**